UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
EXCESS LINE ASSOCIATION OF NEW
YORK,

          Plaintiff,

   -against-

THE HANOVER INSURANCE
COMPANY, AND MASSACHUSETTS
BAY INSURANCE COMPANY,

          Defendants.

------------------------------------------------------- X

Civ. No.

Removed from the Supreme Court of
The State of New York
County of New York
Index No. 652873 / 2014

## Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants The Hanover Insurance Company and Massachusetts Bay Insurance Company, certifies as follows: (i) Massachusetts Bay Insurance Company is a corporation and a wholly owned subsidiary of The Hanover Insurance Company; (ii) The Hanover Insurance Company is a corporation and a wholly owned subsidiary of Opus Investment Management, which in turn is a wholly owned subsidiary of The Hanover Insurance Group, Inc., a publicly traded corporation.

    The Complaint alleges that plaintiff Excess Line Association of New York is a private

trade advisory association created pursuant to New York Insurance Law section 2130.

Dated:  October 17, 2014                    DENTONS US LLP

By: _____
Gary Meyerhoff
gary.meyerhoff@dentons.com
1221 Avenue of the Americas
New York, New York  10020-1089
Phone: (212) 768-6700
Fax: (212) 768-6800

Attorneys for Defendants The Hanover Insurance Company and Massachusetts Bay Insurance Company

To:
William G. Passannante, Esq.
Joshua Gold, Esq.
Anderson Kill, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 278-1000

*Attorneys for Plaintiff*
*Excess Line Association of New York*

83241518\V-4