UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXCESS LINE ASSOCIATION OF NEW YORK,

                        Plaintiff,

- *against* -

THE HANOVER INSURANCE COMPANY, AND
MASSACHUSETTS BAY INSURANCE COMPANY,

                        Defendants.

14 civ 8345 (LTS)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK   )
                            SS:
COUNTY OF NEW YORK  )

      Judith L. Strigaro, being duly sworn, deposes and says:

      1. I am not a party to these proceedings; I am over eighteen years of age; and I am employed by Dentons US LLP.

      2. On October 17, 2014, I caused to be served, the Notice of Removal, Rule 7.1 Statement, Civil Cover Sheet, and Judge Laura Taylor Swain's and Magistrate Judge Gabriel W. Gorenstein's individual practice rules on the attorneys listed below. By placing said document in a properly addressed, postage paid envelope to the address indicated below, to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                William G. Passannante, Esq.
                Joshua Gold, Esq.
                Anderson Kill, P.C.
                1251 Avenue of the Americas
                New York, NY 10020
                Attorneys for Plaintiff

                                                          Judith L. Strigaro

Sworn to before me this
20th day of October, 2014

Deborah Kempf
Notary Public

DEBORAH KEMPF
NOTARY PUBLIC, STATE OF NEW YORK
NEW YORK COUNTY
LIC. #31-OIKE 4999804
COMM. EXP. AUGUST 3, 2018

17793333\V-1