UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

EXCESS LINE ASSOCIATION OF NEW YORK,

        Plaintiff,

-against-

THE HANOVER INSURANCE COMPANY, AND MASSACHUSETTS BAY INSURANCE COMPANY,

        Defendants.

---------------------------------------------------------- X

Case No.: 14 cv 8345 (LTS)

(Removed from Supreme Court of the State of New York, County of New York, Index No. 652873 / 2014)

**AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH STATE COURT**

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK )

GARY MEYERHOFF, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and am a partner at the firm of Dentons US LLP, attorneys for defendants THE HANOVER INSURANCE COMPANY AND MASSACHUSETTS BAY INSURANCE COMPANY.

2. On October 17, 2014, I arranged for filing with the Clerk of the Supreme Court, New York County, via the New York State Courts Electronic Filing system, of the attached Notice of Filing of Notice of Removal and accompanying Notice of Removal together with a copy of the Complaint. The attached Notice of Filing of Notice of Removal bears a dated stamp of the New York County Clerk confirming that said Notice of Filing of Notice of Removal and accompanying documents were filed with the New York County Clerk on October 17, 2014.

GARY MEYERHOFF

Subscribed and sworn to before me
on this 17th day of October, 2014,

Notary Public

DEBORAH KEMPF
NOTARY PUBLIC, STATE OF NEW YORK
NEW YORK COUNTY
LIC. #31-01KE 4999904
COMM. EXP. AUGUST 3, 2018

83242237\V-2