AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York ☑

| | |
|---|---|
| EXCESS LINE ASSOCIATION OF NEW YORK ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   14-CV-08345-LTS |
| THE HANOVER INSURANCE COMPANY, et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Excess Line Association of New York                                                                                       .

Date:      10/24/2014                                           /s/ William G. Passannante
                                                                          *Attorney's signature*

                                                                        William G. Passannante
                                                                       *Printed name and bar number*
                                                                         Anderson Kill P.C.
                                                                       1251 Avenue of the Americas
                                                                         New York, NY 10020

                                                                          *Address*

                                                                   wpassannante@andersonkill.com
                                                                          *E-mail address*

                                                                          (212) 278-1000
                                                                        *Telephone number*

                                                                          (212) 278-1733
                                                                          *FAX number*