AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Southern District of New York

| | |
|---|---|
| EXCESS LINE ASSOCIATION OF NEW YORK<br>*Plaintiff*<br>v.<br>THE HANOVER INSURANCE COMPANY, et. al.<br>*Defendant* | Case No. 14-CV-08345-LTS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Excess Line Association of New York

Date: 10/24/2014

/s/ Joshua Gold
*Attorney's signature*

Joshua Gold
*Printed name and bar number*
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

jgold@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*