UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXCESS LINE ASSOCIATION OF NEW YORK,<br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE HANOVER INSURANCE COMPANY, AND MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>　　　　　　　　　Defendants. | Civil No. 14-CV-08345-LTS<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Excess Line Association of New York ("ELANY" or "Plaintiff"), by its undersigned counsel, certifies that no parent corporation owns ELANY and no publicly held corporation owns 10% or more of ELANY's stock.

Dated:　October 24, 2014

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　William G. Passannante, Esq.
　　　　　　　　　　　　　　　　Joshua Gold, Esq.
　　　　　　　　　　　　　　　　ANDERSON KILL P.C.
　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY  10020
　　　　　　　　　　　　　　　　Telephone:  212-278-1000

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　*Excess Line Association Of New York*