

| | | | |
|---|---|---|---|
| **Gary Meyerhoff**<br>Partner | gary.meyerhoff@dentons.com<br>D  +1 212 768 6740<br><br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 USA<br><br>T  +1 212 768 6700<br>F  +1 212 768 6800 | | **Salans FMC SNR Denton**<br>dentons.com |

October 23, 2014

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court for the Southern District
of New York
500 Pearl St., Room 12D
New York, NY 10007-1312

Re:   Excess Line Association of New York v. The Hanover Insurance
      Company and Massachusetts Bay Insurance Company
      14-cv-8345 (LTS)(GWG)

Dear Judge Swain:

We represent The Hanover Insurance Company and Massachusetts Bay Insurance Company, defendants in the above-referenced action, which we removed to this Court on October 17, 2014.

After communicating with opposing counsel this week, we are informed that plaintiff has not yet decided whether it will be amending its pleading now that this case is in federal court. The current deadline for responding to the existing complaint is October 24, 2014, but as set forth in the attached stipulation, plaintiff does not object to a two week extension, moving the deadline to November 7, 2014. There have been no previous requests for adjournment or extension, either in state court or in this Court.

Attached please find a courtesy copy of the Stipulation and Proposed Order for the Extension of Time, executed by all parties. We respectfully request that it be so ordered.

Respectfully,

Gary Meyerhoff

Attachment

cc:   Joshua Gold, Esq., counsel for Plaintiff

83256440\V-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
EXCESS LINE ASSOCIATION OF NEW YORK,

                Plaintiff,

      -against-

THE HANOVER INSURANCE COMPANY, AND MASSACHUSETTS BAY INSURANCE COMPANY,

                Defendants.
------------------------------------------------------- X

No. 14 Civ. 8345 (LTS) (GWG)

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties herein, that Defendants' time to move, answer, or otherwise respond to the Plaintiff's Summons and Complaint, initially filed in the Supreme Court of the State of New York, New York County, on September 19, 2014, and removed to this Court on October 17, 2014, is hereby extended through and including November 7, 2014.

This Stipulation may be executed in counterparts and a copy of the Stipulation delivered via facsimile or email (pdf) shall have the full force and effect of an original for all purposes.

Dated: New York, New York
       October 23, 2014

Anderson Kill, P.C.

By: _____
    William G. Passannante.
    Joshua Gold
    Anderson Kill, P.C.
    1251 Avenue of the Americas
    New York, NY 10020
    Phone (212) 278-1000

*Attorneys for Plaintiff*
*Excess Line Association of New York*

Dentons US LLP

By: _____
    Gary Meyerhoff
    Dentons US LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Phone: (212) 768-6700
    Fax:   (212) 768-6800

*Attorneys for Defendants The Hanover Ins.*
*Co. and Massachusetts Bay Ins. Co.*

         **SO ORDERED:** _____
                                    U.S.D.J.