UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
EXCESS LINE ASSOCIATION OF NEW
YORK,

        Plaintiff,

-against-

THE HANOVER INSURANCE COMPANY,
AND MASSACHUSETTS BAY INSURANCE
COMPANY,

        Defendants.
-------------------------------------------------------- X

No. 14 Civ. 8345 (LTS) (GWG)

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 3 2014

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties herein, that Defendants' time to move, answer, or otherwise respond to the Plaintiff's Summons and Complaint, initially filed in the Supreme Court of the State of New York, New York County, on September 19, 2014, and removed to this Court on October 17, 2014, is hereby extended through and including November 7, 2014.

This Stipulation may be executed in counterparts and a copy of the Stipulation delivered via facsimile or email (pdf) shall have the full force and effect of an original for all purposes.

Dated: New York, New York
       October 23, 2014

Anderson Kill, P.C.

By: _____
William G. Passannante
Joshua Gold
Anderson Kill, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone (212) 278-1000

*Attorneys for Plaintiff*
*Excess Line Association of New York*

Dentons US LLP

By: _____
Gary Meyerhoff
Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 768-6700
Fax:    (212) 768-6800

*Attorneys for Defendants The Hanover Ins.*
*Co. and Massachusetts Bay Ins. Co.*

**SO ORDERED:** _____ 11/3/2014
                        U.S.D.J.

8325490DV-1