# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

**By Hand-Delivery**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-3-2015

January 28, 2015

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Excess Line Association of New York v. The Hanover Insurance Co. et al.*
           Case No.: 14 Civ. 08345 (LTS) (GG)

Dear Judge Swain:

    We are counsel to Plaintiff in the above-referenced action.

    This afternoon, our Managing Clerk intended to file a Local Rule 56.1 Statement of Undisputed Facts in another case pending in Southern District of New York in which I am counsel, *MCC Non Ferrous Trading Inc. v. ACGS Marine Insurance Company*, 14 Civ. 8302 (JCF). Unfortunately, our Managing Clerk inadvertently filed the document in this case, as Document Number 21.

    Our Managing Clerk immediately contacted the ECF Helpdesk seeking guidance on removing this document from the docket; representatives advised that we write Your Honor directly. Therefore, in accordance with the ECF Helpdesk's instructions, we respectfully request that Your Honor direct the Office of the Clerk to remover Document Number 21 from the docket for this case.

    We apologize to Your Honor for this error and any resulting inconvenience to Your Honor and Your Honor's staff.

    Thank you.

**SO ORDERED:**

/s/ 2/2/2015
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

DJN:mf
cc:   Gary Meyerhoff, Esq. (via e-mail)

Respectfully submitted,

Dennis J. Nolan

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Dallas, TX
nydocs1-1041193.1