UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-2015
```

EXCESS LINE ASSOCIATION OF NEW YORK,

       Plaintiff,

-v-                                              No. 14-CV-8345-LTS-GWG

THE HANOVER INSURANCE COMPANY
AND MASSACHUSETTS BAY
INSURANCE COMPANY,

       Defendants.

----------------------------------------------------------x

## ORDER

       The parties have submitted a stipulation and order of dimsissal that calls for the Court's retention of jurisdiction of disputes under a settlement agreement that has not been filed or so-ordered by the Court. If the parties want the Court to retain jurisdiction of their agreement, it must be filed. If the parties wish all or portions of the agreement to be filed under seal, they must make an application for such treatment, demonstrating the need fo confidential treatment and how such need outweighs the First Amendment and common law rights of access to judicial documents.

Dated: New York, New York
       February 25, 2015

                                                                 LAURA TAYLOR SWAIN
                                                                  United States District Judge