# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

**By ECF**                                                                                              March 2, 2015

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Excess Line Association of New York v. The Hanover Insurance Co. et al.*
             <u>Case No.: 14 Civ. 08345 (LTS) (GG)</u>

Dear Judge Swain:

      We write on behalf of Plaintiff Excess Line Association of New York ("ELANY"), pursuant to Your Honor's January 16, 2015, Order (Doc. 20) to respectfully request a fourteen (14) day extension of the period within which the parties may finalize the settlement of this matter.

      Plaintiff ELANY believes that the Court should retain jurisdiction over the enforcement of the settlement agreement that was previously executed by the parties on February 19, 2015. In light of this Court's Orders from February 6, 2015 (Doc. 23) and last week, filed February 25, 2015 (Doc. 25), ELANY is still awaiting confirmation from Defendants' counsel that it will submit the settlement agreement to the Court. ELANY has previously indicated that it will not object to Defendants seeking to seal the settlement agreement. Because ELANY has not received any indication or response on when Defendants will submit to the Court the executed settlement agreement, ELANY respectfully seeks the above noted extension to avoid any potential prejudice to ELANY.

      We thank Your Honor for considering this request.

                                  Respectfully submitted,

                                  Dennis J. Nolan

DJN:mf
cc:   Gary Meyerhoff, Esq. (via e-mail)

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Dallas, TX
nydocs1-1045647.1