Swain, J.

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

EXCESS LINE ASSOCIATION OF NEW   :   NO. 14 CV 8345 (LTS)(GWG)
YORK,                                                      :
                                                                  :
                  Plaintiff,                               :   **STIPULATION AND**
                                                                  :   **ORDER OF DISMISSAL**
        -against-                                        :
                                                                  :
THE HANOVER INSURANCE COMPANY :
AND MASSACHUSETTS BAY              :
INSURANCE COMPANY,                     :
                                                                  :
                  Defendants.                          :
                                                                  :
-------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-2015

        WHEREAS, on January 16, 2015, the Court entered an Order of Dismissal with prejudice

of this action, but without prejudice to its restoration if a settlement was not achieved within

forty-five (45) days;

        WHEREAS, the parties subsequently reached a settlement and have executed a

Settlement Agreement dated as of February 19, 2015;

        WHEREAS, the parties' settlement contemplates a dismissal of this action without

prejudice;

        WHEREAS, by letter dated February 5, 2015, Plaintiff's counsel requested that the Court

vacate the January 16, 2015 Order so that an order of dismissal without prejudice could be

entered in its place;

        WHEREAS, by Order dated February 6, 2015, the Court indicated that the parties "may

submit a settlement stipulation that includes a provision vacating the 'with prejudice' dismissal

provision of the prior order";

WHEREAS, this action will be dismissed, without prejudice;

WHEREAS, the parties wish to have the Court retain jurisdiction in this matter for purposes of enforcing the Settlement Agreement, an executed copy of which is annexed hereto at Exhibit 1;

WHEREAS, by letter dated March 2, 2015, Plaintiff's counsel requested a fourteen (14) day extension of the time set by the January 16, 2015, Order within which the parties may finalize the settlement (the "Extension Application"); and

WHEREAS, by Order dated March 4, 2015, the Court granted the Extension Application;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that:

1. This action is dismissed, pursuant to Fed. R. Civ. P. 41(a)(1), without prejudice and without costs to either party;

2. The "with prejudice" dismissal provision of the Court's January 16, 2015 Order is hereby vacated;

3. The Court shall retain jurisdiction in this matter for purposes of enforcing the parties' February 19, 2015 Settlement Agreement, annexed hereto as Exhibit 1; and

4. This Stipulation may be executed in counterparts.


Dated: New York, New York
       March 10, 2015

ANDERSON KILL P.C.

By: _____
Joshua Gold
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
jgold@andersonkill.com;
dnolan@andersonkill.com
*Attorneys for Plaintiff*

DENTONS US LLP

By _Gary Meyerhoff / dyn (by authorization)_
Gary Meyerhoff
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
gary.meyerhoff@dentons.com

*Attorneys for Defendants*

SO ORDERED:

Date:   New York, New York
        March 11, 2015

_____
LAURA TAYLOR SWAIN
United States District Judge

ink